IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WONGU ANN, <br>     Plaintiff, <br><br> v. <br><br> LONE STAR FUND IV (U.S.), L.P.; <br> LONE STAR GLOBAL ACQUISITIONS, <br> LTD.; and JOHN P. GRAYKEN, <br>     Defendants. | § § § § § § § § § § | Civil Action No. 3:22-CV-01734-N-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Improper Service*, filed September 23, 2022 (doc. 8), is **GRANTED IN PART**, and by separate judgment, all claims against the defendants will be **DISMISSED without prejudice** for lack of subject matter jurisdiction. The plaintiff's motion for jurisdictional discovery is **DENIED**.

**SIGNED** this 5th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE